DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED
AUG - 4 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
THOMAS H. and KELLEY M. HAWKS

Chapter 13
Case No. 05-3-1909 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $22.89 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 011 | CLERK OF THE COURT FOR FIRST NATIONAL BANK P O BOX 923148 NORCROSS, GA 30010-3148 | $22.89 |

Dated:   August 3, 2011

_____
CECILIA MARCELO
Receipts Administrator